MISSOURI PACIFIC RAILROAD COMPANY *v.*
HANNA.

CERTIORARI TO THE SUPREME COURT OF THE STATE OF
ARKANSAS.

No. 54. Submitted October 8, 1924.—Decided November 17, 1924.

A writ of certiorari to a state court will be dismissed when the
record fails to show that the federal question indicated in the
petition for the writ was raised below.

Writ of certiorari to review 157 Ark. 32, dismissed.

CERTIORARI to a judgment of the Supreme Court of
Arkansas which sustained a judgment recovered by the
respondent for personal injuries suffered by him in Illinois, while a passenger on the petitioner's railroad.

*Mr. Thomas B. Pryor* and *Mr. Edward J. White* for
petitioner.

*Mr. Arthur L. Adams* for respondent.

MR. JUSTICE MCREYNOLDS delivered the opinion of the
Court.

When this writ was granted, we, of course, supposed
petitioner had properly raised and relied upon the indicated federal question in the courts below by claiming
that its responsibility for injuries sustained by respondent
while traveling on an interstate drover's pass depended
upon acts of Congress and applicable principles of common law as interpreted and applied by the federal courts.
*Southern Express Co.* v. *Byers,* 240 U. S. 612, 614.

The record fails to disclose that it definitely raised the
point in either trial or supreme court. On the contrary,
it was there insisted that liability should be determined
under the laws of Illinois, the State wherein the accident
occurred.

The writ is accordingly

*Dismissed.*